■ In the Matter of ROBERT T. JOHNSON, Petitioner, v PHYLIS S. BAMBERGER et al., Respondents.—Application for a

writ of prohibition and mandamus unanimously denied, the cross motions granted, and the petition dismissed, without costs and without disbursements. We leave the District Attorney to his appeal. Concur—Ross, P. J., Asch, Milonas, Rosenberger and Ellerin, JJ.